IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF SOUTH CAROLINA

[ FLORENCE DIVISION]

RECEIVED
USDC CLRK. FLORENCE, SC
2010 SEP -8 A 11:34

TARVIS SARVIS, # 15119171

Petitioner,

-vs-

UNITED STATES OF AMERICA,

Respondant.

Criminal Case No: 4:06 CR-0124-1-TLU

# DENIED

Terry L. Wooten  9-17-10
TERRY L. WOOTEN     DATE
U. S. DISTRICT JUDGE

MOTION FOR ADDITIONAL REDUCTION IN SENTENCE

DUE TO PETITIONERS SUBSTANTIAL ASSISTANCE TO

THE GOVERNMENT AND PHYSICAL INJURIES SUSTAINED DUE TO THIS ASSISTANCE

COMES Now, Tarvis Sarvis, [here-in after petitioner], appearing pro-se, petitioning this court for a Further Reduction in his Sentence due to his Substantial Assistance and the Physical Dangers he faced and had to endure due to this assistance to the Federal Government.

The petitioner will present in brief detail his actions and what was done to him during his assistance to Federal Agents and why he Feels that his Sentence was not reduced in accordance with the assistance he provided to the Federal Government.